# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LORENZO ANTHONY,

    Petitioner,        Civil Action No. 2:10-CV-13312
v.                         HONORABLE DENISE PAGE HOOD
                               CHIEF UNITED STATES DISTRICT JUDGE

CATHERINE BAUMAN,

    Respondent,
_____/

## OPINION AND ORDER DENYING AS MOOT THE MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

On December 31, 2015, this Court denied the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, denied petitioner a certificate of appealability, but granted petitioner leave to appeal *in forma pauperis*. Petitioner has now filed a motion to proceed *in forma pauperis* on appeal.

This Court has already granted petitioner leave to appeal *in forma pauperis;* it is unnecessary for petitioner to again obtain permission to proceed *in forma pauperis* on appeal. Petitioner's current motion to

proceed *in forma pauperis* on appeal [Dkt. # 35] will therefore be denied as moot. *See McMillan v. McKune,* 16 Fed.Appx. 896, 897 (10th Cir. 2001).

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: April 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager